IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PEDRO NAHUM CIBRIAN MATUTE            :
                                      :
                    *Petitioner*,     :
                                      :
v.                                    :   2:25-cv-07093
                                      :
J.L. JAMISON, *et al.*                :
                                      :
                    *Respondents*.    :

## ORDER

AND NOW, this 23rd day of December 2025, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1) and Motion for a Temporary Restraining Order (Dkts. 4 and 5), it is hereby ORDERED that the warden of the Federal Detention Center, Philadelphia, by **December 29, 2025, SHOW CAUSE** why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.

---

[1] Plaintiff's Counsel has separately been instructed to forward the filing to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.