IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PEDRO NAHUM CIBRIAN MATUTE, :
:
                *Plaintiff*, :
:
v.                                       :     2:25-cv-07093
:
J.L. JAMISON, *et al.*, :
:
                *Defendants*. :

## ORDER

AND NOW, this 30th day of December 2025, upon consideration of Petitioner's Petition for Habeas (Dkt. 1), Petitioner's Motion for a Temporary Restraining Order (Dkts. 4, 5), and the Government's Answer (Dkt. 9), it is hereby ORDERED that Petitioner shall be granted a bond hearing, along with a determination regarding detention, no later than close of business January 6, 2026.

It is FURTHER ORDERED that the parties, no later than January 9, 2026, provide the Court with a joint status update, informing the Court: (1) when the bond hearing was held; (2) the results of a bond hearing if one was held; and (3) what, if any, further action is required of this Court regarding the pending Motions.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] The Government concedes in its Response that its view of the law in this context has been rejected by most District Court's throughout the Country. Govt's Resp. at 1-2 n.1. The Government cites this Court's decision in *Espinal Rosa v. O'Neil, et al.*, No. 25-cvb-6376 (E.D. Pa. Nov. 25, 2025) among the more than 40 from this district that have granted relief to Petitioner's. This Court sees no reason to depart from the weight of authority cited in Government's briefing.

1